

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00578-CV

James William **MCDERMOTT**,
Appellant

v.

Paty **MCDERMOTT**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV00214
Honorable J. Frank Davis, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: October 12, 2022

DISMISSED

Appellant James William McDermott filed a letter with this court stating "an appeal . . . is no longer necessary" because the trial court had set aside its take-nothing judgment. We construe appellant's letter as a motion to dismiss. *See* TEX. R. APP. P. 42.1(a)(1). Appellee Paty McDermott has not opposed the motion. *See id.* R. 10.3(a). Therefore, we grant the motion and dismiss the appeal. *See id.* R. 42.1(a)(1). Costs of the appeal are taxed against appellant. *See id.* R. 42.1(d).

PER CURIAM